AO 247 (02/08)    Order Regarding Motion for Sentence Reduction

# United States District Court
for the
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 8:06-CR-153-T-24TBM |
| VS.                                ) | USM No. 48869-018 |
| ) | |
| JERMAINE L. BRADFORD         ) | |

Date of Previous Judgment: February 8th, 2007            Tracy Dreispul, AFPD
                                                        Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C.§ 3582(c)(2)

Upon motion of the Defendant, the Court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive the United States Sentencing Commission pursuant to 28 U.S.C.§ 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is :

GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of TWO HUNDRED TEN (210) MONTHS **is reduced to ONE HUNDRED SIXTY-EIGHT (168) MONTHS**. This Order is subject to the prohibition contained within USSG§1B1.10(b)(2)(C). In no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served.

**I.    COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level: 33 | Amended Offense Level:  31 |
| Criminal History Category: V | Criminal History Category: V |
| Previous Guideline Range: 210 to 262 months | Amended Guideline Range: 168 to 210 months |

**II.   SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
The reduced sentence is within the amended guideline range.

**III.  ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated February 8th, 2007, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: August 12th, 2008

                                                        *signature: Susan C. Buckley*

Effective Date: August 22nd, 2008              SUSAN C. BUCKLEW
                                               United States District Judge